# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

901 N. 9th St. Room 103, is in the Milwaukee County Courthouse. Room 103 is on the first floor north end of the courthouse. The number 103 is affixed to a sign outside the entrance to the Register of Deeds Office as well as a large hanging sign identifying the office.

)
)
)
)
)
)
)

Case No. 19-807 M (NJ)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _February 19, 2019_ *(not to exceed 14 days)*
☑ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Nancy Joseph_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box.)*
  ☐ for _____ days (not to exceed 30)     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _February 5, 2019_
                      _4:30 pm_                        _____/s/ Nancy Joseph_____
                                                         *Judge's signature*

City and State: _Milwaukee, Wisconsin_                  _____Hon. Nancy Joseph_____, U.S. Magistrate Judge
                                                         *Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-007m | 2/6/19 11:50AM | John Lafave |

Inventory made in the presence of:

Inventory of the property taken and/or name of any person(s) seized:

See attached inventory

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 2/21/19

_____
Executing officer's signature

Robert G. Stelter - Investigator
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 2/21/19

_____
United States Magistrate Judge

Attachment A

Property to be Searched:

901 N. 9th St. Room 103, is in the Milwaukee County Courthouse. Room 103 is on the first floor north end of the courthouse. The number 103 is affixed to a sign outside the entrance to the Register of Deeds Office as well as a large hanging sign identifying the office.



**Attachment B**

Objects of Search – Milwaukee County Register of Deeds Office room 103, Milwaukee, Wisconsin

Items to be Seized:

All evidence, instrumentalities, information, records, and contraband relating to violations of Title 18, United States Code, Sections 666 and 1343 for the period between January 1, 2009 and the present:

1. Any and all documents in paper or electronic format of Contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants made between Fidlar Technologies and John La Fave and or the Milwaukee County Register of Deeds Office between January 1, 2009 and the present.
2. Any and all documents in paper or electronic format of Contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants made between Superior Support Resources and John La Fave and or the Milwaukee County Register of Deeds Office between January 1, 2010 and the present.
3. Any and all email communication in paper or electronic format between any current or former employee of Fidlar Technologies including sent, received and deleted email utilizing Fidlar Technologies email accounts, and John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2009 and the present.
4. Any and all communication in paper or electronic format between any current or former employee of Fidlar Technologies and John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2009 and the present.
5. Any and all email communication in paper or electronic format between any current or former employee of Superior Support Resources including sent, received and deleted email utilizing Superior Support Resources email accounts, and John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2010 and the present.
6. Any and all communication in paper or electronic format between any current or former employee of Superior Support Resources and John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2010 and the present.
7. Any and all documents in paper or electronic format of emails between current and former employees of Fidlar Technologies and third party vendors contracted by Fidlar Technologies to complete contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants exclusively for the

Milwaukee County Register of Deeds Office and or John La Fave between January 1, 2009 and the present.

8. Any and all communications in paper or electronic format between current and former employees of Fidlar Technologies and third party vendors contracted by Fidlar Technologies to complete contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants exclusively for the Milwaukee County Register of Deeds Office and or John La Fave between January 1, 2009 and the present.

9. Any and all documents in paper or electronic format of emails between current and former employees of Superior Support Resources and third party vendors and or independent contractors contracted by Superior Support Resources to complete contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants exclusively for the Milwaukee County Register of Deeds Office and or John La Fave between January 1, 2010 and the present.

10. Any and all communications in paper or electronic format between current and former employees of Superior Support Resources and third party vendors and or independent contractors contracted by Superior Support Resources to complete contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants exclusively for the Milwaukee County Register of Deeds Office and or John La Fave, between January 1, 2010 and the present.

11. Any and all documents in paper or electronic format of payments made via check, cash or ACH transfers to Milwaukee County from Fidlar Technologies for payments owed by Fidlar Technologies to Milwaukee County from the utilization of pay per use or subscription service that generates revenue for Milwaukee County, between January 1, 2009 and the present.

12. Any and all documents in paper or electronic format of payments made via check, cash or ACH on behalf of the Milwaukee County Register of Deeds Office, by Fidlar Technologies from monies "held on account" or "as credit" by Fidlar Technologies for the Milwaukee County Register of Deeds Office, for services performed by third party vendors between January 1, 2009 and the present.

13. Any and all documents in paper or electronic format of payments made via check, cash or ACH on behalf of the Milwaukee County Register of Deeds Office, for expenses incurred by John La Fave and any other staff and or family members of staff of the Milwaukee County Register of Deeds Office for hotels, airfare, professional organization dues, massages, meals and any other incidental expenses covered by Fidlar Technologies from monies "held on account" or "as credit" by Fidlar Technologies for the Milwaukee County Register of Deeds Office, between January 1, 2009 and the present.

14. Any and all documents in paper or electronic format of invoices to the Milwaukee County Register of Deeds Office for "credits" and or "payments" for pay per use or

subscription service that generates revenue for Milwaukee County between January 1, 2009 and the present.
15. Any and all documents in paper or electronic format of spread sheets created by any employee or subcontractor of Fidlar Technologies to track the "credits" held by Fidlar Technologies and the expenses paid from said "credits" for the Milwaukee County Register of Deeds Office and or John La Fave between January 1, 2009 and the present.
16. Any and all documents in paper or electronic format of spread sheets created by any employee or subcontractor of Superior Support Resources to track the "credits" held by Superior Support Resources and the expenses paid from said "credits" for the Milwaukee County Register of Deeds Office and or John La Fave between January 1, 2010 and the present.
17. Any and all documents in paper or electronic format of spread sheets created by any employee of the Milwaukee County Register of Deeds Office including John La Fave to track the "credits" held by Fidlar Technologies and the expenses paid from said "credits" for the Milwaukee County Register of Deeds Office and or John La Fave and other staff between January 1, 2009 and the present.
18. Any and all documents in paper or electronic format of payments made to John La Fave via check, ACH transfer and or cash for reimbursement of expenses submitted by John La Fave to Fidlar Technologies and paid utilizing the "credits" from pay per use subscription services or Milwaukee County between January 1, 2009 and the present.
19. Any and all email communication in paper or electronic format between any current or former employee of Superior Support Resources including sent, received and deleted email utilizing Superior Support Resources email accounts, and all third party vendors or independent contractors referencing contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants, invoices, payments to and or payments from said vendors and or independent contractors and or work done for the benefit of or at the direction of John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2010 and the present.
20. Any and all communications in paper or electronic format between any current or former employee of Superior Support Resources and all third party vendors or independent contractors referencing contracts, agreements, commitments, maintenance agreements, arrangements, settlements, understandings and or covenants, invoices, payments to and or payments from said vendors and or independent contractors and or work done for the benefit of or at the direction on John La Fave and any other members of the Milwaukee County Register of Deeds Office staff between January 1, 2010 and to the present.
21. Any and all documents in paper or electronic format of payments made via check, cash or ACH on behalf of the Milwaukee County Register of Deeds Office, by Superior Support Resources from monies "held on account" or "as credit" by Superior Support Resources

for the Milwaukee County Register of Deeds Office, for services performed by third party vendors between January 1, 2010 and the present.
22. Any and all documents in paper or electronic format of payments made via check, cash or ACH on behalf of the Milwaukee County Register of Deeds Office, for expenses incurred by John La Fave and any other staff and or family members of staff of the Milwaukee County Register of Deeds Office for hotels, airfare, professional organization dues, massages, meals and any other incidental expenses covered by Superior Support Resources from monies "held on account" or "as credit" by Superior Support Resources for the Milwaukee County Register of Deeds Office, between January 1, 2010 and to the present.
23. Any and all invoices generated by Superior Support Resources at the request of John La Fave and sent to John La Fave and submitted for payment to Milwaukee County between January 1, 2010 and the present.
24. Any and all invoices received by Superior Support Resources from third party vendors or independent contractors for work performed for the Milwaukee County Register of Deeds Office or at the request of John La Fave between January 1, 2010 and the present.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data).

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 16-000141

On (date) 02/06/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) OFFICE OF THE MILWAUKEE COUNTY REGISTER OF DEEDS
(Street Address) 901 N 9th ST., MILWAUKEE, WI 53233 Room 103
(City) MILWAUKEE

Description of Item(s):

1) DELL LATITUDE LAPTOP MODEL E5540 MILWAUKEE COUNTY PROPERTY TAG # MC04507
2) APPLE iPHONE IN A BLUE CASE SERIAL # FCFQ332ZGSQF
3) DELL LATITUDE LAPTOP MODEL E5540 MILWAUKEE COUNTY PROPERTY TAG # MC04519 IN BLACK CASE
4) SEAGATE FREE AGENT GO USB HARD DRIVE WITH FIDLAR TECHNOLOGIES STICKER ON TOP SERIAL # 2GE6BTLF
5) PRIA USB DRIVE FOUND IN LAPTOP CASE BY DESK OF JOHN LAFAVE
6) FILES (PAPER) FROM DESK OF JOHN LAFAVE
7) PAPER RECEIPT FROM FIDLAR TECHNOLOGIES FOUND IN BOX ON DESK OF JOHN LAFAVE

ITEMS 1-7 TAKEN FROM ROOM 103H (JOHN LAFAVE)

8) DELL LATITUDE LAPTOP MODEL E5540 MILWAUKEE COUNTY PROPERTY TAG # MC04498 FROM THE DESK OF TERESA SARNOWSKI

Received By: [signature]
Printed Name/Title: INVESTIGATOR RON LAROSH

Received From: [signature]
Printed Name/Title: John LaFave/Register of Deeds

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 16-000 141

On (date) 02/06/2019

item(s) listed below were:
[X] Collected/Seized
[ ] Received From
[ ] Returned To
[ ] Released To

(Name) ROD

(Street Address) 901 N 9TH ST ROOM 103

(City) MILWAUKEE

Description of Item(s):

9) DELL LATITUDE MODEL E5540 LAPTOP FROM THE DESK OF LARRY ECKERT ROOM 103 G MILWAUKEE COUNTY PROPERTY TAG #MC04537 - NO POWER CHORD

10) 5 FILE FOLDERS WITH PURCHASING DOCUMENTS FROM SSR FOUND IN FILE CABINET (GRAY) IN S/E CORNER OF OFFICE

11) 2 FILE FOLDERS WITH PURCHASING DOCUMENTS FROM SSR FOUND ON STORAGE RACK IN N/E CORNER OF OFFICE

12) 5 FILE FOLDERS WITH PURCHASING DOCUMENTS FROM SSR FOUND IN GRAY CABINET ON NORTH WALL

END

Received By: _____ (Signature)
Printed Name/Title: RON LAGOSH INVESTIGATOR

Received From: _____ (Signature)
Printed Name/Title: John LaFave / Register of Deeds